UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIVA STEIN,

                Plaintiff,

     v.

CITRIX SYSTEMS, INC., et al,

                Defendants.

**ORDER**

22 Civ. 1864 (ER)

22 Civ. 2925 (ER)

---

RAMOS, D.J.:

    In *Stein v. Citrix Systems et al*, 22 Civ. 1864, Stein filed the complaint on March 4, 2022, but none of the defendants has been served. The same is true in its related case, *Rodriguez v. Citrix Systems et al*, 22 Civ. 2925—complaint filed April 8, 2022, and no defendants served.

    Accordingly, the plaintiffs in these two cases are directed to provide an update to the Court with respect to the status of their cases by September 5, 2022. Failure to do so may result in sanctions, including dismissal for failure to prosecute.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: August 29, 2022
New York, New York