UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIVA STEIN,

                Plaintiff,

v.

CITRIX SYSTEMS, INC., et al,

                Defendants.

**ORDER**

22 Civ. 1864 (ER)

22 Civ. 2925 (ER)

Ramos, D.J.:

In *Stein v. Citrix Systems, Inc. et al*, 22 Civ. 1864, Shiva Stein filed the complaint on March 4, 2022.  In its related case, *Rodriguez v. Citrix Systems, Inc. et al*, 22 Civ. 2925, Ivan Rodriguez filed the complaint on April 8, 2022.  On August 29, 2022, the Court ordered Stein and Rodriguez to provide an update to the Court with respect to the status of their cases by September 5, 2022.  To date, there has been no action in these cases.

Stein and Rodriguez are hereby directed to submit a status report no later than October 14, 2022.  Failure to do so will result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    October 7, 2022
              New York, New York

                                                                    Edgardo Ramos, U.S.D.J.